25460. NIXON *v.* SHARP-BOYLSTON COMPANY.

JENKINS, P. J. The averments of the petition in this case by a guest of a tenant with reference to the liability of the defendant as a landlord, the grounds of special and general demurrer because it was not alleged that the defendant was the owner of the premises, and the procedural questions involved in the orders of the court thereon, are substantially the

same as in the case of *Hill* v. *Liebman Inc.*, 53 *Ga. App.* 462 (186 S. E. 431), which determined the questions presented adversely to the contentions of the defendant in error.

> *Judgment reversed. Stephens and Sutton, JJ., concur.*

DECIDED JUNE 18, 1936.

*Ben C. Williford,* for plaintiff. *Ellis & Bell,* for defendant.